**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **AWET ESEYAS ZERAI**<br><br>Plaintiff(s),<br><br>vs.<br><br>JOHN MATTOS, WARDEN, et al.<br><br>Defendant(s). | Case # 2:26-CV-03336-RFB-EJY<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

Matthew Gerard Steel (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of

Steel & Associates, A Professional Law Corporation (firm name)

with offices at 2000 Belle Chasse Highway, Suite 200B (street address),

Gretna (city), Louisiana (state), 70056 (zip code),

(504) 579-2718 (area code + telephone number), matthew@steelyourcase.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Awet Eseyas Zerai [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since October 19, 2017 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Louisiana (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Louisiana | 10/19/2017 | 37884 |
| U.S. District Court, W.D. Louisiana | 01/27/2026 | 37884 |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

Louisiana State Bar Association; American Immigration Lawyers Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Matthew Gerard Steel

Petitioner's signature

STATE OF Pennsylvania )
)
COUNTY OF Mercer )

Matthew Gerard Steel, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Matthew Gerard Steel

Petitioner's signature

Subscribed and sworn to before me this

26th day of October, 2026.

Brendon Mark Ellis

Notary Public or Clerk of Court

Commonwealth of Virginia · Electronic Notary Public · N

Brendon Mark Ellis
REGISTRATION NUMBER
00406114
COMMISSION EXPIRES
February 28, 2030

Notarized remotely online using communication technology via Proof.

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Spencer Judd Jr., Esq. (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

720 E Charleston Blvd., Suite 165,
(street address)

Las Vegas, Nevada, 89104,
(city) (state) (zip code)

702-572-5939, immigration@sjlaw.vegas.
(area code + telephone number) (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Spencer Judd Jr., Esq. (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

______________________________
(party's signature)

AWET ESEYAS ZERAI, PETITIONER
(type or print party name, title)

______________________________
(party's signature)

______________________________
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

[signature]
Designated Resident Nevada Counsel's signature

14219 | immigration@sjlaw.vegas
Bar number | Email address

APPROVED:

Dated: this 12 day of November, 20 26.

[signature]
UNITED STATES DISTRICT JUDGE

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that Mr. Matthew Gerard Steel

whose address is 2000 Belle Chasse Hwy Ste 200B

Gretna, LA 70056

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the 19th day of October, 2017.

Given over my hand and the Seal of the Louisiana State Bar Association, this 1st day of October, 2026.

*Executive Director*
*Louisiana State Bar Association*